IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH WEAVER,
    Plaintiff,

vs.                        Case No.: 3:05cv112/RV/MD

DEPARTMENT OF CORRECTIONS,
    Defendant.

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff initiated this action by filing a civil rights complaint in the Southern District of Florida. After transfer of the case to this court, plaintiff was ordered to amend his complaint and to either pay the $250.00 filing fee or submit an *in forma pauperis* application (doc. 4). Plaintiff did not respond to the order, and the court entered another order (doc. 5) requiring plaintiff to show cause why this case should not be dismissed for his failure to comply. Thereafter, plaintiff responded by letter (doc. 6), and was given one final opportunity to comply (doc. 7). He was warned that failure to do so within thirty days would result in a recommendation of dismissal of this action. Over thirty days has elapsed, and there has been no response whatsoever from plaintiff.

    Accordingly, it is respectfully RECOMMENDED:

    1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

    2. That the clerk be directed to close the file.

    DONE AND ORDERED this 25th day of July, 2005.

                        /s/ *Miles Davis*
                        MILES DAVIS
                        UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d 698, 701 (11th Cir. 1988).**