IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH WEAVER,
    Plaintiff,

vs.                                    CASE NO.: 3:05cv112/RV/MD

DEPARTMENT OF CORRECTIONS,
    Defendant.

_____

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 25, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court and the clerk is directed to close the file.

    DONE AND ORDERED this 25th day of August, 2005.


                                                /s/ *Roger Vinson*
                                                ROGER VINSON
                                                SENIOR UNITED STATES DISTRICT JUDGE